IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT (NEW HAVEN)

Arrigoni Ent LLC,                                              Case No. 3:08CV0520

      Plaintiff(s)

v.                                                             ORDER

Town of Durham, et al.,

      Defendant(s)

It is hereby

ORDERED THAT a telephone status conference is scheduled Tuesday, December 11, 2012, at 10:00 a.m.  Counsel are to call into the court bridge line at 419-213-5509; passcode is 550911.

So ordered.

                                                      /s/ James G. Carr
                                                      Sr. United States District Judge