IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Arrigoni Ent LLC , | Case No. 3:08-cv-00520 |
| Plaintiff(s) | |
| v. | ORDER |
| Town of Durham, et al., | |
| Defendant(s) | |

Telephone conference was held on December 11, 2012, it is hereby

ORDERED THAT:

1. Counsel are to submit Joint Trial Memorandum on or before December 17, 2012.

2. Final pretrial conference scheduled Thursday, January 3, 2013, at noon, is to be by telephone. Counsel are to call into the court bridge line at 419-213-5509; passcode is 550911.

So ordered.

/s/ James G. Carr
Sr. United States District Judge