**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Arrigoni Ent LLC,                                                     Case No. 3:08CV520

          Plaintiff

    v.                                                                ORDER

Town of Durham, et al.,

          Defendants

The record should reflect the judgment entered on January 14, 2013 ( Doc No. 167) is applicable to the Jury Verdict only and is not a final judgment as to all matters in dispute in this case.

      So ordered.

                                                                    /s/ James G. Carr

                                                                    Sr. United States District Judge
                                                                    419 213 5555 office
                                                                    james_g_carr@ohnd.uscourts.gov